UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Robert Schumann

                              Plaintiff,

v.                                                 Case No.: 1:25−cv−09731
                                                                Honorable John Robert Blakey

American Express Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendants' unopposed motion to compel arbitration [6]. Plaintiff shall submit all claims on an individual basis in this action to binding arbitration, and the Court stays all proceedings and deadlines in this action pending completion of arbitration. The 8/27/25 Notice of Motion date is stricken. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.